```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                          Civil No. 17-cv-581-LM

Town of Wolfeboro


O R D E R

After due consideration of the arguments in documents 4 and 5, I approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2017, and dismiss this action in its entirety, without prejudice to Mrs. Amatucci's ability to file her state law claims in a court of competent jurisdiction.

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

January 5, 2018

cc:  Josephine Amatucci, pro se